UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| WYATT MORGAN | CIVIL ACTION NO. 20-1601 |
| | SECTION P |
| VS. | |
| | JUDGE ELIZABETH E. FOOTE |
| DARREL VANNOY | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that this proceeding is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

SHREVEPORT, LOUISIANA, this 13th day of July, 2021.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE